

NUMBER 13-13-00113-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EXEL BOBBINS AND
PLASTIC COMPONENTS, INC.,                                          Appellant,

v.

SUNLINE COMMERCIAL
CARRIERS, INC.,                                                    Appellee.

**On appeal from County Court at Law No. 2
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Longoria
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on May 7, 2013, and the parties were ordered to mediation. This cause is now before the Court on an agreed, joint motion for disposition pursuant to the parties' agreement. Accordingly, this case is hereby REINSTATED.

The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to set aside the trial court's final judgment and remand the case to the trial court for rendition of judgment in accordance with their agreement.

The Court, having examined and fully considered the joint motion filed by the parties herein, is of the opinion that it should be and is GRANTED. We SET ASIDE the trial court's judgment without regard to the merits and REMAND the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). The parties request immediate issuance of our mandate. *See id.* 18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
18th day of June, 2013.

2